# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM SHROPSHIRE,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:14-cv-00118-HDM-VPC

**ORDER**

    Petitioner has submitted a motion to reconsider the court's order granting respondents an enlargement of time to file a response to the petition (#14).  He argues that respondents did not first send him a notice of intent to file the motion for enlargement.  Rule 5 of the Federal Rules of Civil Procedure requires that respondents serve petitioner with a copy of every motion that they file with the court.  Respondents certified that they served petitioner with a copy of the motion for enlargement of time (#11).

    IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#14) is **DENIED**.

    DATED: October 15, 2014.

                                                      HOWARD D. MCKIBBEN
                                                      United States District Judge