**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIAM SHROPSHIRE,

    Petitioner,                                 3:14-cv-00118-HDM-VPC

vs.

                                              **ORDER**

ISIDRO BACA, *et al.*,

    Respondents.

_____/

      The petitioner in this habeas corpus action, William Shropshire, filed a first amended petition for writ of habeas corpus on June 17, 2015 (ECF No. 27). The court will, therefore, set a schedule for further proceedings in this action.

      Respondents shall, within 60 days from the date that this order is filed, file and serve a response to the first amended petition for writ of habeas corpus. That response, whether a motion or an answer, should raise all respondents' procedural defenses (*e.g.*, statute of limitations, exhaustion, procedural default).

      If respondents file an answer, petitioner shall have 45 days from the date on which the answer is served to file and serve a reply.

///

///

///

If respondents file a motion to dismiss, petitioner shall have 30 days to respond to the motion to dismiss, and respondents shall, thereafter, have 20 days to file a reply in support of the motion.

**IT IS SO ORDERED**.

Dated this 19th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE