UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM SHROPSHIRE,

    Petitioner,                                      3:14-cv-00118-HDM-VPC

vs.                                                  **ORDER**

ISIDRO BACA, *et al.*,

    Respondents.

_____/

        The petitioner in this habeas corpus action, William Shropshire, filed a first amended petition for writ of habeas corpus on June 17, 2015 (ECF No. 27). On June 19, 2015, the court entered an order (ECF No. 29) setting a schedule for further proceedings in the action. The June 19, 2015, order required respondents to respond to the first amended petition within 60 days -- by August 18, 2015.

        On August 20, 2015, respondents filed a Motion to File Late Pleading" (ECF No. 30), requesting that the time for their response to the first amended petition be extended by three days, to August 21, 2015. Counsel for respondents states that respondents missed the August 18 deadline because of a scheduling error, and because counsel was away from his office on annual leave. This is the first extension of this deadline. Petitioner does not oppose the extension of time.

        The court finds that respondents' motion is made in good faith and not solely for the purpose of delay, that there is good cause for the extension of time respondents request, and that respondents'

counsel has shown excusable neglect for missing the August 18 deadline.  *See* LR 6-1(b) ("A request made after the expiration of the specified period shall not be granted unless the moving party, attorney, or other person demonstrates that the failure to act was the result of excusable neglect.").

**IT IS THEREFORE ORDERED** that respondents' Motion to File Late Pleading (ECF No. 30) is **GRANTED**.  Respondents shall have until and including **August 21, 2015**, to file and serve a response to the first amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the order entered June 19, 2015 (ECF No. 29) shall govern the schedule for further proceedings in this action.

Dated this 20th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE